**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-6866**

_____

THOMAS ANDREW SCOTT,

Petitioner - Appellant,

versus

RONALD J. ANGELONE, Director of Department of
Corrections; VIRGINIA PAROLE BOARD,

Respondents - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, District Judge.
(CA-99-416-AM)

_____

Submitted:  May 19, 2000              Decided:  June 21, 2000

_____

Before MURNAGHAN and KING, Circuit Judges, and BUTZNER, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Thomas Andrew Scott, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

  Thomas Andrew Scott seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. See <u>Scott v. Angelone</u>, No. CA-99-416-AM (E.D. Va. May 28, 1999). We conclude the one year limitations period of 28 U.S.C.A. § 2244(d) (West Supp. 2000) lapsed before Scott's May 12, 1998 filing for state post-conviction relief; therefore, no portion of the limitations period was tolled. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>